# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145132

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JASON POOLE,
       Plaintiff-Appellant,

v

LAKESHORE ROOFING, L.L.C.,
       Defendant-Appellee.

SC: 145132
COA: 307277
WCAC: 11-000048

_____/

      On order of the Court, the application for leave to appeal the April 20, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

t0716